IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE L. HANEY,        )<br>              )<br>          Plaintiff(s),   )<br>              )<br>   vs.           )<br>              )<br>J. CLARKE, et al.,    )<br>              )<br>          Defendant(s).  )<br>_____ ) | No. C 06-5942 CRB (PR)<br><br>ORDER OF DISMISSAL WITH<br>LEAVE TO AMEND |

      Plaintiff, a prisoner at Corcoran State Prison, has filed a pro se civil rights complaint under 42 U.S.C. § 1983 alleging various violations of his constitutional rights while he was incarcerated at San Quentin State Prison. Among other things, plaintiff alleges deliberate indifference to his serious medical needs, deprivation of outside exercise and improper processing of his grievances.

      Plaintiff recently filed a request to amend his complaint to add a new defendant and allegations. Plaintiff's request is granted and the complaint is DISMISSED with leave to amend within 30 days of this order. The pleading must be simple and concise and must include the caption and civil case number used in this order and the words FIRST AMENDED COMPLAINT on the first page. Failure to file a proper amended complaint within the designated time will result in the dismissal of this action.

1 | Plaintiff is advised that the amended complaint will supersede the original
2 | complaint and all other pleadings.  Claims and defendants not included in the
3 | amended complaint will not be considered by the court.  See King v. Atiyeh, 814
4 | F.2d 565, 567 (9th Cir. 1987).
5 | SO ORDERED.
6 | DATED: Nov. 28, 2006

CHARLES R. BREYER
United States District Judge